UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONRAD C. BIELEWICZ, ADMINISTRATOR
OF THE ESTATE OF JOSEPH BIELEWICZ,
DECEASED
              Plaintiff

     v.

MICHAEL J. WALT, D.O.;
DIANE KENGERSKY, PA-C;
TRISHA WRIGHT, R.N.
              Defendants

Number:  16-180 (Erie)
Magistrate Judge:
Susan Paradise Baxter

**ORDER OF COURT**

**AND NOW**, this 12th day of April, 2017, upon consideration of Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, it is hereby **ORDERED, DECREED and ADJUDGED** that:

Defendants' Motion to Dismiss Plaintiff's Complaint naming, Michael J. Walt, D.O., Diane Kengersky, PA-C, and Trisha Wright, R.N. (employees of the United States) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice as Plaintiff may choose to proceed with a Federal Tort Claims Act claim.

*Barbara Rothstein*
United States District Judge      J.